**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| RANDY LIGHTFOOT and<br>CAROL LIGHTFOOT, husband and wife,<br><br>        Plaintiffs,<br><br>        v.<br><br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION, et al.,<br><br>        Defendants. | No. 4:11-CV- 1168-JAR |

**MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that the Rule 16 conference scheduled for Wednesday, January 4, 2012, at 10 a.m. is changed to a status conference to be held in the courtroom of the undersigned. Plaintiffs are required to attend or retain new counsel to attend on their behalf.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 13th day of December, 2011.

1