UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RANDY LIGHTFOOT and )
CAROL LIGHTFOOT, husband and wife, )
)
    Plaintiffs, )
)
v. ) No. 4:11-CV- 1168-JAR
)
FEDERAL HOME LOAN MORTGAGE )
CORPORATION, et al., )
)
    Defendants. )

## MEMORANDUM AND ORDER

This matter came before the Court on January 4, 2012 for a status conference. The parties appeared by counsel. Plaintiffs retained counsel to attend on their behalf. Attorneys Joan Swartz and Ryan Shaughnessy shall file their entries of appearance on behalf of Plaintiffs Carol Lightfoot and Randy Lightfoot respectively.

**IT IS HEREBY ORDERED** that a scheduling conference pursuant to Fed.R.Civ.P. 16 is set for Tuesday, January 17, 2012 at 9:00 a.m. in chambers.

**IT IS FURTHER ORDERED** that Defendant/cross claimant/counter claimant Keith N. Griffin, Sr., is granted leave to file his amended pleading.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2012.