UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RANDY LIGHTFOOT and )
CAROL LIGHTFOOT, husband and wife, )
)
      Plaintiffs, )
)
v. )    No. 4:11-CV- 1168-JAR
)
FEDERAL HOME LOAN MORTGAGE )
CORPORATION, et al., )
)
      Defendants. )

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion to Amend the Case Management Order [ECF No. 164] to allow Plaintiffs additional time to designate experts, provide expert reports and tender experts for deposition in order to accommodate mediation scheduled for May 30, 2012. Upon consideration, the motion will be granted in part and denied in part.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Amend the Case Management Order [ECF No. 164] is **GRANTED** in part as follows:

The May 22, 2012 deadline for Plaintiffs to designate experts and provide reports is extended by thirty (30) days to June 22, 2012.

The June 22, 2012 deadline for Plaintiffs to complete expert depositions is likewise extended by thirty (30) days to July 22, 2012.

**IT IS FURTHER ORDERED** that in all other respects, Plaintiffs' Motion to Amend the Case Management Order [ECF No. 164] is **DENIED.**

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of May, 2012.